THE PRUDENTIAL SOCIETY, INC., Appellant, *v.* GEORGE A. RAY, Respondent.

*Negligence — incompetent persons — valuable diamond pledged by incompetent with pawnbroker replevied by her committee — when pawnbroker cannot recover in action against husband of incompetent on theory of negligence amount advanced on pledge.*

Prudential Society, Inc., v. Ray, 207 App. Div. 496, affirmed.

(Argued December 5, 1924; decided December 19, 1924.)

APPEAL, by permission, from a judgment, entered January 8, 1924, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed a judgment of the Supreme Court affirming a judgment of the City Court of Buffalo in favor of plaintiff and directed a dismissal of the complaint. Defendant presented his wife, an incompetent person, with a diamond ring which she subsequently pawned. As committee, he thereupon brought an action in replevin and recovered the ring. The pawnbroker then instituted this action against the defendant individually, to recover the amount advanced on the ring, on the theory of negligence, in that the defendant carelessly, recklessly, willfully and wantonly disregarded the duties imposed upon him by intrusting the incompetent with a valuable piece of jewelry, knowing the probability of her pawning and of his certainty to replevy the same.

*Walter C. Newcomb* for appellant.

*Charles Diebold, Jr.,* and *Edward L. Jung* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO and MCLAUGHLIN, JJ.